EIN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **BATES ENERGY OIL & GAS, LLC** § | |
| § | |
| **v.** § | |
| § | **CIVIL ACTION SA:17-CV-00808-XR** |
| **COMPLETE OIL FIELD SERVICES** § | |
| **LLC AND SAM TAYLOR** § | |

**APPENDIX IN SUPPORT OF
DEFENDANT/COUNTER-PLAINTIFF COMPLETE OIL FIELD SERVICE, LLC'S
FIRST AMENDED COUNTERCLAIM**

COMPLETE OIL FIELD SERVICES LLC ("COFS") respectfully files this Appendix in Support of its First Amended Counterclaim which contains the following documents:

Ex. 1    April 13, 2017 ProPetro Services Supply Agreement;

Ex. 2    Bates Energy Oil & Gas, LLC Certificate of Formation;

Ex. 3    April 18, 2017 Memorandum of Understanding (Operating Agreement);

Ex. 4    Escrow and Disbursement Agreement;

Ex. 5.   *There is no Exhibit 5;*

Ex.6     Bates Energy Disbursement Letter;

Ex. 7    August 4, 2017 COFS email to counsel for Plaintiff regarding lost sand;

Ex. 8    August 8, 2017 COFS email to counsel for Plaintiff regarding lost sand;

Ex. 9    San Antonio Express-News article;

Ex. 10   Indictment filed in SA-17-CR-381-DAE;

Ex. 11   Dewayne D. Naumann's Motion to Quash filed in SA-17-CR-381-DAE;

Ex. 12   Memorandum Opinion on the Order for Relief ordered by Hon. Craig A. Gargotta in Case No. 15-52459-cag; *in Re: Stan P. Bates, Debtor;*

Ex. 13    Final Default Judgment against Dewayne Naumann filed in 1:17-CV-101-LY;

Ex. 14    Affidavit of Dewayne Naumann filed in 1:17-CV-101-LY;

Ex. 15    Text messages and emails between COFS and Equity Liaison Company, LLC;

Ex. 16    COFS notice of termination of Memorandum of Understanding to Bates Energy; and

Ex. 17    COFS notice of termination of Memorandum of Understanding to Dewayne Naumann.

Dated:  September 8, 2017

Respectfully submitted,

**JEFFERSON CANO**
112 East Pecan Street, Suite 1650
San Antonio, Texas  78205
Telephone:  (210) 988-1811
Facsimile:  (210) 988-1811
LJefferson@jeffersoncano.com
LBarkley@jeffersoncano.com

          */s/ Lamont A. Jefferson*
Lamont A. Jefferson
State Bar No. 10607800
Lisa S. Barkley
State Bar No. 17851450

**ATTORNEYS FOR DEFENDANTS**