

3201 CHERRY RIDGE Bldg. "B" Suite: 210B
San Antonio, TX. 78230
Office: 432.272.8347 Email: Sbates@TSSoil.com

TO: Dewayne Naumann
    Equity Liaison Company, LLC.
    3303 Northland Dr. Suite: 307
    Austin, TX. 78731

FROM: Stan Bates – CEO
      BATES Energy Oil and Gas, LLC.

SUBJ: Distribution of Funds                                    June 15, 2017

Mr. Naumann,
I'm authorizing the distribution of Funds per the escrow agreement with BATES Energy.  The following
Parties will be required to submitted a current W-9 to "ELC" and sign an individual agreement with your
company.  Please not all Payees are responsible for their own Taxes and reporting to the I.R.S. via a 1099
for "ELC" at the end of the Year. Please distribute and transfer the below funds to Payees when all w-9's
and agreements are in your care.

Distribution amounts and PAYEES:  $99.00 per ton at 80,000 Tons of 40/70 and 100mesh into Seagraves,
TX and or West, TX. Payment received from COMPLETE OFS in the amount of $4,000,000.00 in the Trust
with ELC out of the Amegy Bank Escrow Account. Apply to Purchase Order# 1001

Flat Fee                    For: CSI Sand Wisconsin, LTD.              One Time Transfer
                            40/70 and 100mesh NW
                            Requested BOL's per Load

TRANSFER:                                                             $1,000,000.00

Please provide a distribution receipt of funds and Applicable Bills Of Lading's applied to Transfers from
COMPLETE OFS and BATES EOG, and the each Payee. Balance retained into BATES Energy Oil & Gas,
LLC.'s operating account for Travel to Verify Cost of Goods and or Product.

Respectfully Submitted,
STAN P. BATES                           Sam Taylor "or" Janis Kline
Chief Executive Officer                 Authorized Signature:
BATES Energy Oil & Gas, LLC.            Complete Oil Field Services, LLC.

# EXHIBIT 6