## Lisa Barkley

| | |
|---|---|
| **From:** | Lisa Barkley |
| **Sent:** | Friday, August 4, 2017 1:59 PM |
| **To:** | Tiffanie@Rosenblattlawfirm.com; Shellie R. Reyes |
| **Cc:** | Lamont Jefferson |
| **Subject:** | 18 cars in Odessa |

Tiffanie,

Our client is interested in resolving the issue of the 18 cars in Odessa.

Stan Bates seemed to know where to locate and how to identify the cars.

COFS has paid 50% on the first 7 cars; was not able to pay for the next 6 cars because of the TRO; and hasn't received an invoice/request for disbursement for the last 5 cars.

Please let us know your thoughts.

Many thanks,
Lisa

**JEFFERSONCANO**

**Lisa S. Barkley** | Jefferson Cano
112 E. Pecan St., Suite 1650 | San Antonio, TX 78205
**P:** 210.988.1805 | **F:** 210.988.1805 | LBarkley@JeffersonCano.com
www.JeffersonCano.com

1

**EXHIBIT 7**