# Lisa Barkley

| | |
|---|---|
| **From:** | Lisa Barkley |
| **Sent:** | Tuesday, August 8, 2017 4:48 PM |
| **To:** | Tiffanie@Rosenblattlawfirm.com; Shellie R. Reyes |
| **Cc:** | Lamont Jefferson |
| **Subject:** | Follow up to 18 cars in Odessa |

Tiffanie,

To follow up from Friday, is your client agreeable to resolving the missing Odessa cars?

We're particularly interested in the 7 cars that our client has already partially paid for – the almost $40,000. Specifically,

(1) where are those cars being held (i.e, what is the transloading facility),
(2) what will it take to release those cars (including payment of any demurrage fees, delivery of any necessary documents for presentation at the transloading facility, etc.), and
(3) what is the earliest time that our client can take possession/delivery?

If you have not provided these details by close of business Wednesday (8/9/17), then we will assume that none of the sand in the 18 cars is available for delivery by Bates Energy.

If your client is able to provide this information, then please provide the same details regarding the other 11 cars that have not yet been processed for payment. We will then use our best efforts to secure possession of the first 7 cars. And we will work with ProPetro to determine a reasonable schedule to take delivery of the remaining 11 cars, all assuming we reach agreement on price and payment terms.

We look forward to hearing from you.

Lisa

**JEFFERSONCANO**

**Lisa S. Barkley | Jefferson Cano**
112 E. Pecan St., Suite 1650 | San Antonio, TX 78205
P: 210.988.1805 | F: 210.988.1805 | LBarkley@JeffersonCano.com
www.JeffersonCano.com

**EXHIBIT 8**