# Janis kline

**From:** dnaumann@equityliaison.com
**Sent:** Monday, August 14, 2017 2:12 PM
**To:** Janis kline
**Cc:** dmartinez@equityliaison.com
**Subject:** RE: FW: Scanned image from Agility Energy

Just as quick as humanly possible.

-----Original Message-----
From: "Janis kline" <janis@cpakline.com>
Sent: Monday, August 14, 2017 3:10pm
To: dnaumann@equityliaison.com
Cc: dmartinez@equityliaison.com
Subject: RE: FW: Scanned image from Agility Energy

Understand. Any projected ETA?

From: dnaumann@equityliaison.com [mailto:dnaumann@equityliaison.com]
Sent: Monday, August 14, 2017 1:25 PM
To: Janis kline <janis@cpakline.com>
Cc: dmartinez@equityliaison.com
Subject: RE: FW: Scanned image from Agility Energy

We manage many accounts for multiple customers so our day is filled with tracking down lazy clients who fail to send in supporting documents, locating incoming wires, and the like. That is what eats up time we can use to be productive otherwise.

The standard agreement I have with Bates Energy is $0.50 per ton of traded sand I manage escrow on their behalf.

-----Original Message-----
From: "Janis kline" <janis@cpakline.com>
Sent: Monday, August 14, 2017 2:20pm
To: dnaumann@equityliaison.com
Cc: dmartinez@equityliaison.com
Subject: RE: FW: Scanned image from Agility Energy

Dewayne,
Thank you for the response and sorry to hear about the fun you've had today.

I'm very anxious to get at least what you are showing as the balance and have been asking since about mid July so I think I've been pretty patient. I guess I don't understand, if this is a segregated account, why it is taking so long and why 30 days would be needed because this seems like a pretty standard request. How much longer do you think it's going to take?

1

**EXHIBIT 15**

Also, what are the fees on the CSI transactions so we know what to plan on?

Please let me know what to expect as I do really need the information.

Thanks,
Janis



**From:** dnaumann@equityliaison.com [mailto:dnaumann@equityliaison.com]
**Sent:** Monday, August 14, 2017 1:04 PM
**To:** Janis kline <janis@cpakline.com>
**Cc:** dmartinez@equityliaison.com
**Subject:** RE: FW: Scanned image from Agility Energy

Janis:

Sorry for the delay in getting back to you. The office next to us had a water leak from an air conditioner and it effected theirs and our offices. The building management had us evacuate until it could be cleaned up and the floor dried out.

In other words, we've lost the majority of the day today.

We are working on the report you requested. As I stated earlier, company policy is 30 days from the date of a special request.

Please be patient and we will get you the report as quickly and accurately as possible.

Respectfully,

Dewayne Naumann, Principal
Equity Liaison Company, LLC
3303 Northland Drive, Suite 307
Austin, TX 78731

Office: 512-206-4499
Mobile: 512-627-0877
dnaumann@equityliaison.com
Skype: dnaumannELC

***"Excellence in Service"***

**Confidentiality Notice:** This email, including attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, or disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender immediately and destroy all copies of the original message.

DISCLAIMER: Sender is NOT a United States Securities Dealer or Broker or U.S. Investment advisor. Sender is a Consultant and makes no warranties or representations as to the Buyer, Seller or Transaction. All due diligence is the responsibility of the Buyer and Seller. This E-mail letter and the attached related documents are never to be considered a solicitation for any purpose in any form or content. Upon receipt of these documents, the Recipient hereby acknowledges this Disclaimer. If acknowledgement is not accepted, Recipient must return any and all documents in their original receipted condition to Sender.
This electronic communication is covered by the Electronic Communications Privacy Act of 1986, Codified at 18 U.S.C 1367,2510-2521, 2701-2710, 3121-3126.

Also see: http://www.ftc.gov/privacy/glbact/glbsub1.htm
Gramm-Leach-Bliley Act 15 USC, Subchapter1, Sec. 6801-6809

-----Original Message-----
From: "Janis kline" <janis@cpakline.com>
Sent: Monday, August 14, 2017 10:48am
To: dnaumann@equityliaison.com
Cc: dmartinez@equityliaison.com
Subject: RE: FW: Scanned image from Agility Energy

Dewayne,
I hope you had a great weekend. On the sales tax, don't worry about it because it's not a big deal and I don't want to pull anything that's could be a potential issue. We'll just pay it directly. I wasn't sure so that's why I asked in the transmittal about how we should handle.

Also, can you please, please, please send me a statement of the account and the fees on the CSI transactions? We need to send an accounting to ProPetro and that's the last thing I need to report to them. Would it be possible to get this information today? I've asked a number of times over the last two weeks so think I've been pretty patient. I have all of the statements from Amegy so I'm just waiting for this one.

Thanks,
Janis

From: dnaumann@equityliaison.com [mailto:dnaumann@equityliaison.com]
Sent: Thursday, August 10, 2017 12:42 PM
To: Janis kline <janis@cpakline.com>
Cc: dmartinez@equityliaison.com
Subject: RE: FW: Scanned image from Agility Energy

Janis:

Denise and I are working through the data and we are looking for a correlation between the "rail" BOL's on the invoices paid, versus the listed BOL's on the attachment. Can you shed any light on this?


-----Original Message-----
From: "Janis kline" <janis@cpakline.com>
Sent: Thursday, August 10, 2017 11:08am
To: dnaumann@equityliaison.com, dmartinez@equityliaison.com
Subject: FW: Scanned image from Agility Energy

Good morning Dewayne and Denise,
Thank you again for getting yesterday's transactions done. Attached is documentation for the payment of the sales tax related to the CSI loads for July. We need to pay the tax next week so I wondered if we can do a distribution out of the fund for this as well. It's $12k+. Please let me know now to handle this. Also, I'll have to get you the transfer account information because it needs to be paid to the Texas on our account either directly or through us. Thanks and let me know what you think.
Thanks,

3

Janis

-----Original Message-----
From: Mark Foy On Behalf Of administrator@
Sent: Thursday, August 10, 2017 9:30 AM
To: Janis Kline <jkline@agilityenergyinc.com>
Subject: Scanned image from Agility Energy

Reply to: administrator@agilityenergyinc.com <administrator@agilityenergyinc.com>
Device Name: Agility Energy
Device Model: MX-3640N
Location: 1st Floor Hallway

File Format: PDF (High)
Resolution: 200dpi x 200dpi

Attached file is scanned image in PDF format.
Use Acrobat(R)Reader(R) or Adobe(R)Reader(R) of Adobe Systems Incorporated
to view the document.
Adobe(R)Reader(R) can be downloaded from the following URL:
Adobe, the Adobe logo, Acrobat, the Adobe PDF logo, and Reader are
registered trademarks or trademarks of Adobe Systems Incorporated in the
United States and other countries.

http://www.adobe.com/

# Janis kline

**From:** dnaumann@equityliaison.com
**Sent:** Tuesday, August 8, 2017 1:19 PM
**To:** Janis kline
**Cc:** dmartinez@equityliaison.com
**Subject:** RE: RE: CSI invoice and supporting documents

Many Thanks Janis!

Respectfully,

Dewayne Naumann, Principal
Equity Liaison Company, LLC
3303 Northland Drive, Suite 307
Austin, TX 78731

Office: 512-206-4499
Mobile: 512-627-0877
dnaumann@equityliaison.com
Skype: dnaumannELC

*"Excellence in Service"*

**Confidentiality Notice:** This email, including attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, or disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender immediately and destroy all copies of the original message.

DISCLAIMER: Sender is NOT a United States Securities Dealer or Broker or U.S. Investment advisor. Sender is a Consultant and makes no warranties or representations as to the Buyer, Seller or Transaction. All due diligence is the responsibility of the Buyer and Seller. This E-mail letter and the attached related documents are never to be considered a solicitation for any purpose in any form or content. Upon receipt of these documents, the Recipient hereby acknowledges this Disclaimer. If acknowledgement is not accepted, Recipient must return any and all documents in their original receipted condition to Sender.
This electronic communication is covered by the Electronic Communications Privacy Act of 1986, Codified at 18 U.S.C 1367,2510-2521, 2701-2710, 3121-3126.
Also see: http://www.ftc.gov/privacy/glbact/glbsub1.htm
Gramm-Leach-Bliley Act 15 USC, Subchapter1, Sec. 6801-6809

-----Original Message-----
From: "Janis kline" <janis@cpakline.com>
Sent: Tuesday, August 8, 2017 1:59pm
To: dnaumann@equityliaison.com
Cc: dmartinez@equityliaison.com
Subject: RE: RE: CSI invoice and supporting documents

Thanks Dewayne. I was told this morning that they would release the funds upon receipt of the order. I wasn't aware there would be a delay. I should have read the entire string before I sent my reply a minute ago. I will call Amegy and push this along so you can be reimbursed.

Thanks,
Janis

1

**From:** dnaumann@equityliaison.com [mailto:dnaumann@equityliaison.com]
**Sent:** Tuesday, August 8, 2017 12:17 PM
**To:** janis@cpakline.com
**Cc:** dmartinez@equityliaison.com
**Subject:** FW: RE: CSI invoice and supporting documents

Janis:

Are you aware of this?

Respectfully,

Dewayne Naumann, Principal
Equity Liaison Company, LLC
3303 Northland Drive, Suite 307
Austin, TX 78731

Office:  512-206-4499
Mobile: 512-627-0877
dnaumann@equityliaison.com
Skype:  dnaumannELC

***"Excellence in Service"***

**Confidentiality Notice:** This email, including attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, or disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender immediately and destroy all copies of the original message.

DISCLAIMER: Sender is NOT a United States Securities Dealer or Broker or U.S. Investment advisor. Sender is a Consultant and makes no warranties or representations as to the Buyer, Seller or Transaction. All due diligence is the responsibility of the Buyer and Seller. This E-mail letter and the attached related documents are never to be considered a solicitation for any purpose in any form or content. Upon receipt of these documents, the Recipient hereby acknowledges this Disclaimer. If acknowledgement is not accepted, Recipient must return any and all documents in their original receipted condition to Sender.
This electronic communication is covered by the Electronic Communications Privacy Act of 1986, Codified at 18 U.S.C 1367,2510-2521, 2701-2710, 3121-3126.
Also see: http://www.ftc.gov/privacy/glbact/glbsub1.htm
Gramm-Leach-Bliley Act 15 USC, Subchapter1, Sec. 6801-6809


-----Original Message-----
From: "Arla Scott" <Arla.Scott@amegybank.com>
Sent: Tuesday, August 8, 2017 12:18pm
To: "dmartinez@equityliaison.com" <dmartinez@equityliaison.com>
Cc: "DeWayne Naumann" <dnaumann@equityliaison.com>
Subject: RE: CSI invoice and supporting documents

Denise,

I do have that information and I forwarded it to my counsel.  I'm awaiting a response from them now.

Thank you,

*Arla*

2

I've been trying to reach you in order to coordinate where we are and to get a copy of the account statement. The TRO was lifted today and is in the process of being documented. Therefore, it is our understanding that we return to the status quo as we have handled these transactions. Attached is an invoice from CSI along with the supporting BOL's as we've previously handled these. As such, please prepare a disbursement in the amount of $122.712.87 which is 60% of the invoice amount as required. Please review the documentation and complete the required documentation for us to execute with ELC and Amegy to make the payment and transfer of funds.

In addition, please provide the statement of the account as soon as possible.

Thanks,
Janis


JANIS R. KLINE  | CPA
PHN: 801.558.9993
FAX:  801.590.6597
Janis@cpakline.com



*"Never doubt that a small group of thoughtful, committed people can change the world. Indeed, it is the only thing that ever has." ~Margaret Mead*

THIS ELECTRONIC MESSAGE, INCLUDING ANY ACCOMPANYING DOCUMENTS, IS CONFIDENTIAL and may contain information that is privileged and exempt from disclosure under applicable law. If you are neither the intended recipient nor responsible for delivering the message to the intended recipient, please note that any dissemination, distribution, copying or the taking of any action in reliance upon the message is strictly prohibited. If you have received this communication in error, please notify the sender immediately. Thank you.

# Janis kline

| | |
|---|---|
| From: | dnaumann@equityliaison.com |
| Sent: | Friday, July 28, 2017 2:33 PM |
| To: | Janis kline |
| Subject: | Re: I know you've been tied up so this is a quick update |

Janis:

As you know, I've been traveling this week and dealing with many issues.

I'll be back in the office on Monday and, considering the "legal" circumstances we are all under a the current time, I will have to consult and seek the advise of legal counsel as well. This was not something I took into consideration when this relationship began.

Generally speaking, company policy has always been to do a reconciliation for year end only. In the case of a special reconciliation, our policy is to give ourselves a minimum of 30 days to respond to the request. I cannot drop everything at one time and simply focus on a singular account and let all others languish.

With that said, I will begin the process of compiling the data to prepare the reconciliation you requested, and seeking guidance from counsel.

Thank you,

SGM Dewayne Naumann
512-627-0877 Direct
Sent from my iPad

On Jul 25, 2017, at 5:25 PM, Janis kline <janis@cpakline.com> wrote:

> Dewayne,
> I hope the proceedings went ok that you were involved. Legal matters are always painful...as we are well aware of right now. I'm sure you are aware of the TRO that Mr. Bates filed on the escrow accounts on Friday. We have engaged counsel in both Utah and Texas to pursue a remedy to this action on our behalf. If you could send me the statement so I can confirm balances tomorrow, I'd appreciate it greatly.
> Thanks and take care,
> Janis
>
> **JANIS R. KLINE | CPA**
> **PHN: 801.558.9993**
> **FAX: 801.590.6597**
> **Janis@cpakline.com**
>
> <image003.jpg>
> "Never doubt that a small group of thoughtful, committed people can change the world. Indeed, it is the only thing that ever has." ~Margaret Mead

Arla K Scott
Vice President
ZB, National Association dba Amegy Bank
Corporate Trust & Escrow Dept.
1801 Main Street, Suite 850
Houston, TX 77002
Telephone: (713)232-1919
Facsimile: (713)571-5010
Email: arla.scott@amegybank.com

**From:** dmartinez@equityliaison.com [mailto:dmartinez@equityliaison.com]
**Sent:** Tuesday, August 08, 2017 12:13 PM
**To:** Arla Scott <Arla.Scott@amegybank.com>
**Cc:** DeWayne Naumann <dnaumann@equityliaison.com>
**Subject:** FW: CSI invoice and supporting documents

[External Email]

See below. This was to be included with the reimbursement request email.

Thank you,

Respectfully,

Denise Martinez
Executive Assistant
Equity Liaison Company, LLC
3303 Northland Drive, Suite 307
Austin, TX 78731

Office:  512-206-4499
dmartinez@equityliaison.com

***"Excellence in Service"***

**Confidentiality Notice:** This email, including attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, or disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender immediately and destroy all copies of the original message.
 DISCLAIMER: Sender is NOT a United States Securities Dealer or Broker or U.S. Investment advisor. Sender is a Consultant and makes no warranties or representations as to the Buyer, Seller or Transaction. All due diligence is the responsibility of the Buyer and Seller. This E-mail letter and the attached related documents are never to be considered a solicitation for any purpose in any form or content. Upon receipt of these documents, the Recipient hereby acknowledges this Disclaimer. If acknowledgement is not accepted, Recipient must return any and all documents in their original receipted condition to Sender.
This electronic communication is covered by the Electronic Communications Privacy Act of 1986, Codified at 18 U.S.C 1367,2510-2521, 2701-2710, 3121-3126.
Also see: http://www.ftc.gov/privacy/glbact/glbsub1.htm
Gramm-Leach-Bliley Act 15 USC, Subchapter1, Sec. 6801-6809

-----Original Message-----
From: "Janis kline" <janis@cpakline.com>
Sent: Friday, August 4, 2017 3:10pm
To: dnaumann@equityliaison.com, dmartinez@equityliaison.com
Subject: CSI invoice and supporting documents

Dewayne and Denise,

3



**Dewayne**

...emails and calls as soon as I have an opportunity.

> Thank you for responding and I hope that your legal can clear quickly for you.

Thu, Jul 27, 4:49 PM

> I hope things are going better for you. Can you please provide a statement of account. I need to verify prior to the next hearing on Mr Bates TRO. I know nothing can move, we need to verify balance. Thanks.



Fri, Jul 28, 11:20 AM

> Dewayne are you alive? I need to get confirmation of the account for our



**Dewayne**

Fri, Jul 28, 11:20 AM

> Dewayne are you alive? I need to get confirmation of the account for our attorney.

*Confirmation of account balance.*

Mon, Jul 31, 1:24 PM

> What have you found out? I'm still mystified as to why you need to talk to your lawyer? If you don't have a reply yet please send me the name and contact information of your attorney and our attorney will contact them directly. We have a hearing in a couple of days and absolutely need confirmation.



**Dewayne**

...days and absolutely need confirmation.

Fri, Aug 4, 12:00 PM

Can you please call, text, email a statement on our account? I need to confirm the balance.



Mon, Aug 7, 10:11 AM

Please call me asap. Or respond in any form. I've been trying to reach you for a week and there is no reason you can't communicate.

Is Denise gone? She isn't answering the phone at your office.

I will be back in the office



**Dewayne**

I will be back in the office this afternoon late.

> Thank you so much for responding. Let's connect then. I will be available.

Ok

Mon, Aug 7, 4:47 PM

> Are you back? Can I call you?

> Did you see the csi invoice sent to you? Where we on getting payments going again? Should we go direct with Amegy?

I'm still 3 hours out. I've

••○○○ Verizon 🛜    1:15 PM    ✻ 89% 🔋

**Dewayne**

> I'm still 3 hours out. I've been driving in really bad weather and won't be back until 8:00 my time and I'm exhausted. Can we discuss it first thing on the am?
>
> Gets a illegal to text or talk and drive.

> Got it. Thanks and be careful. Let's talk in the morning. Can I call you at about 8:30 mtn/9:30 central? Or tell me when works. Take care.

OK

Tue, Aug 8, 8:31 AM

In a short meeting. Give



**Dewayne**

Tue, Aug 8, 8:31 AM

In a short meeting. Give me 10 minutes

Will call at 8:45 to give a little extra time.

I'm in the office now

Tue, Aug 8, 2:12 PM

I've left messages for Arla and will stalk away. Also there is another payment we are putting together so will supply that soon. It's related to the back end 40% and some sales tax.



**Dewayne**

It's related to the back end 40% and some sales tax.

Outstanding! We are ready!

Wed, Aug 9, 10:09 AM

Just got approval from Amegy attorneys and sent you a copy of the email from Arla. I've also sent you the additional disbursement we need to get done. I sent Arla a heads up to watch for it. Please let me know if you need anything else. Thanks and hope you have a great day.

Thank you Janis! I am

**Dewayne**

**Dewayne:** Thank you Janis! I am glad things are back to normal, whatever that is!

**Me:** Wahoo!!!!

**Dewayne:** Call him down! I'm hoping we get to the point to where we can get paid on some of these deals.

**Me:** Oh I forgot to mention. Please charge us your fees on these csi transactions. We should be responsible. Thanks.

**Dewayne:** Ok, let's discuss this this afternoon when you're available.

**Me:** Sounds good.

Delivered