| | |
|---|---|
| **From:** | Lamont Jefferson |
| **To:** | Tiffanie Clausewitz; Lisa Barkley |
| **Cc:** | Shellie R. Reyes |
| **Subject:** | RE: Docket Control Order |
| **Date:** | Tuesday, August 15, 2017 2:46:32 PM |
| **Attachments:** | 20170815_Ltr Clausewitz.pdf |
| | image001.png |

Tiffanie,

I am attaching a letter officially terminating the Memorandum of Understanding between your client and ours.

You will see that Dewayne Naumann is listed as being copied, but we have not delivered the letter directly to him because we are unsure whether you are representing Mr. Naumann for the matters involved in this suit. If you are, then please accept this correspondence as service upon him.

If you are not representing Mr. Naumann (or cannot accept delivery on his behalf), let me know and we will deliver the termination letter to him through other means. If we do not hear from you by 4 p.m. today, then we will serve him directly.

Thank you,

Lamont



**Lamont A. Jefferson  |**  Jefferson Cano

112 E. Pecan St., Suite 1650 **|** San Antonio, TX 78205

**P**: 210.988.1811 **| M:** 210.269.7828 **|** ljefferson@jeffersoncano.com

www.JeffersonCano.com

**EXHIBIT 16**

# JEFFERSON**CANO**

August 15, 2017

*Via Electronic Mail: tiffanie@rosenblattlawfirm.com*

Bates Energy Oil & Gas, LLC
c/o Tiffanie S. Clausewitz
Rosenblatt Law Firm
10719 Huebner Road, Bldg. 1
San Antonio, Texas 78248

      Re:    Termination of (1) Memorandum of Understanding (Operating Agreement) and (2) Escrow and Disbursement Agreement with Equity Liaison Company, LLC

Dear Tiffanie:

On behalf of our client Complete Oil Field Services, LLC ("COFS"), please inform your client Bates Energy Oil & Gas, LLC that the Memorandum of Understanding (Operating Agreement) is terminated and/or canceled for cause.

In light of the foregoing, the Escrow and Disbursement Agreement between COFS and Equity Liaison Company, LLC is also terminated pursuant to ¶ 1.4 of that agreement. The balance of the funds in the account, which COFS' records show approximate $960,000, should be disbursed to COFS by wire transfer no later than 4:00 p.m. on Wednesday, August 16, 2017.

Sincerely,

Lamont A. Jefferson
Direct Dial: 210.988.1811
*ljefferson@jeffersoncano.com*

cc:    Dewayne Naumann
       *dnaumann@equityliaison.com*