UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| BATES ENERGY OIL & GAS, LLC, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> COMPLETE OIL FIELD SERVICES, LLC, ) <br> and SAM TAYLOR, ) <br> ) <br>     Defendants. | Civil Action No: SA-17-CA-808-XR |

**ORDER**

Before the Court is Rosenblatt Law Firm's Motion to Withdraw as Counsel for Plaintiff, Bates Energy Oil & Gas, LLC, filed by Tiffanie S. Clausewitz and Shellie R. Reyes. Having set forth appropriate grounds for its request, the Rosenblatt Law Firm's Motion is hereby GRANTED, and Tiffanie S. Clausewitz and Shellie R. Reyes are withdrawn as counsel for Plaintiff, Bates Energy Oil & Gas, LLC immediately.

In federal court, a corporation and other entities are not permitted to proceed *pro se*; they must be represented by licensed counsel. *Donovan v. Road Rangers Country Junction, Inc.*, 736 F.2d 1004, 1005 (5th Cir. 1984) (per curiam); *In re K.M.A., Inc.*, 652 F.2d 398, 399 (5th Cir. 1981); *Souffrant v. Denhil Oil, LLC*, No. 10-80246-CV, 2010 WL 1541192 (S.D. Fla. Apr. 16, 2010) ("The proposition that a corporation must be represented by an attorney also applies to limited liability companies.") (citing cases). This is so even when the person seeking to represent the entity is its president and major stockholder. *In re K.M.A.*, 652 F.2d at 399.

Accordingly, the Court ORDERS Bates Energy to obtain new legal counsel and cause them

to enter an appearance no later than **November 13, 2017** and before submitting any further filings in this matter.[1] Failure to obtain counsel will prevent Bates Energy from making filings in this case and may result in the Court striking its pleadings.

The Clerk shall mail a copy of this Order to Bates Energy at 3201 Cherry Ridge, Bldg. B, Ste. B210, San Antonio, Texas 782230.

It is so ORDERED.

SIGNED this 27th day of October, 2017.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE

---

[1] This does not preclude Stan Bates or another officer of Bates Energy from filing a motion asking for additional time to obtain counsel.