UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| BATES ENERGY OIL & GAS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No: SA-17-CA-808-XR |
| ) | |
| COMPLETE OIL FIELD SERVICES, LLC, ) | |
| and SAM TAYLOR, ) | |
| ) | |
| Defendants/Counter-Plaintiffs. | |

**ORDER**

Before the Court is Complete Oil Field Services, LLC's ("COFS") Motion to Release Funds Held in Court Registry (docket no. 58). The Court, having reviewed the Motion, is of the opinion that it is meritorious and should be GRANTED. It is therefore;

ORDERED that the Clerk, United States District Court, shall release and disburse to COFS funds in the approximate amount of $308,662.65 (invested in the Court Registry investment System (CRIS)) and $39,191.13 (deposited into the Registry of the Court), which represents monies the Court had previously ordered Counter-Defendants Dewayne D. Naumann and Equity Liaison Company, LLC to pay in connection with COFS's Amended Application for Preliminary Injunction, which the Court granted.

IT IS FURTHER ORDERED that as soon as the business of the office allows, the Clerk, United States District Court, shall disburse all funds held in the Registry and in the CRIS, to COFS, including the accrued interest earned on the monies invested in the CRIS, less required fees and costs of the Court for holding the funds.

IT IS FURTHER ORDERED that COFS submit their tax identification number to the

1

attention of the Clerk, United States District Court, financial deputy within ten (10) days from entry of the Order and before the check is released to the payee.

    It is so ORDERED.

    SIGNED this 31st day of January, 2018.

                                                            _____
                                                            XAVIER RODRIGUEZ
                                                            UNITED STATES DISTRICT JUDGE