UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

BATES ENERGY OIL & GAS LLC,

vs.　　　　　　　　　　　　　　　　　Case No.: 17-CV-00808-XR

COMPLETE OIL FIELD SERVICES LLC

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Rob L. Wiley, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent United Frac Sand, David Bravo, Lorena Bravo in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Stewart & Wiley, PLLC with offices at:

   Mailing address: 2202 Timberloch Place, Suite 110
   City, State, Zip Code: The Woodlands, Texas 77380
   Telephone: 281-367-8007　　Facsimile: 281-363-4987

2. Since 1985, Applicant has been and presently is a member of and in good standing with the Bar of the State of Texas. Applicant's bar license number is 21471650.

3. Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
|---|---|
| Southern District of Texas | 1987 |
| Eastern District of Texas | 1988 |
|  |  |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

5. I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

   Number: _____ on the ____ day of _____, ____.

   Number: _____ on the ____ day of _____, ____.

   Number: _____ on the ____ day of _____, ____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

   Has not

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

   Has not

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Austin Kaplan, Kaplan Law Firm PLLC

Mailing address: 2525 Wallingwood Drive, Bldg. 14

City, State, Zip Code: Austin, Texas 78746

Telephone: 512-553-9390

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Rob L. Wiley to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Rob L. Wiley
[printed name of Applicant]

*/s/ Rob L. Wiley*
[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 10th day of August, 2018.

Rob L. Wiley
[printed name of Applicant]

*/s/ Rob L. Wiley*
[signature of Applicant]

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

BATES ENERGY OIL & GAS LLC,

vs.                                                   Case No.: 17-CV-00808-XR

COMPLETE OIL FIELD SERVICES LLC

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Rob L. Wiley, counsel for United Frac Sand, David Bravo, Lorena Bravo, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Rob L. Wiley may appear on behalf of United Frac Sand, David Bravo, in the above case.

IT IS FURTHER ORDERED that Rob L. Wiley, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the 10 day of August, 20_____.

Please Choose Judge