IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| BATES ENERGY OIL & GAS, LLC | § § | |
| VS. | § § | C.A. NO. 17-CV-00808-XR |
| COMPLETE OIL FIELD SERVICES, LLC and SAM TAYLOR | § § § | |

## MOTION OF WILLIAM B. UNDERWOOD, III AND THE LAW FIRM OF UNDERWOOD *JONES* SCHERRER, PLLC TO WITHDRAW AS COUNSEL FOR HOWARD RESOURCES, LLC

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

William B. Underwood, III and the law firm of Underwood*Jones*Scherrer, PLLC (hereinafter "Movants") file this Motion to Withdraw as Counsel, showing the Court as follows:

1. Movants are currently the attorneys of record for Counter-Defendant, Howard Resources, LLC.

2. Movants file this motion on the grounds that Counter-Defendant, Howard Resources, LLC, have requested that Movants withdraw as its counsel.

3. A copy of this motion was sent to Counter-Defendant, Howard Resources, LLC, on August 21, 2018, and they have been notified, in writing, of their right to object to this motion. Counter-Defendant, Howard Resources, LLC, has consented to the withdrawal and has agreed.

4. This case is currently set for trial on January 28, 2019. Docket No. 54. However, by its Third Amended Counterclaim, Counter-Plaintiff, Complete Oil Field Services, LLC, added eight (8) additional parties to this case, some of whom have not yet appeared, making it likely that the actual trial will be sometime later than January 2019.

5. The last known address for Counter-Defendant, Howard Resources, LLC, is 1308 CR 905A, Joshua, Texas 76058.

        Respectfully submitted,

        **UNDERWOOD * JONES * SCHERRER, PLLC**

        /s/ William B. Underwood, III
        **WILLIAM B. UNDERWOOD, III**
        State Bar No. 20390250
        5177 Richmond Ave., Suite 505
        Houston, Texas 77056
        (713) 552-1144 - Telephone
        (713) 781-4448 - Facsimile
        bunderwood@ujsmlaw.com - Email

        **ATTORNEYS FOR COUNTER-DEFENDANT, HOWARD RESOURCES, LLC**

## CERTIFICATE OF CONFERENCE

On August 21, 2018, I conferred with counsel for Counter-Plaintiff, Complete Oilfield Services, LLC, who indicated that the motion is unopposed.

        /s/ William B. Underwood, III
        **WILLIAM B. UNDERWOOD, III**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion of William B. Underwood, III and The Law Firm of Underwood*Jones*Scherrer, PLLC to Withdraw as Counsel for Howard Resources, LLC, was served by ECF notification this 23rd day of August, 2018, upon all counsel of record in accordance with the Federal Rules of Civil Procedure.

        /s/ William B. Underwood, III
        **WILLIAM B. UNDERWOOD, III**