# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **BATES ENERGY OIL & GAS, LLC** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION SA:17-CV-00808-XR** |
| | § | |
| **COMPLETE OIL FIELD SERVICES,** | § | |
| **LLC AND SAM TAYLOR** | § | |

### JOINT ADVISORY OF DEFENDANT/COUNTER-PLAINTIFF COMPLETE OIL FIELD SERVICES, LLC AND COUNTER-DEFENDANT THE ROSENBLATT LAW FIRM, P.C.

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Defendant/Counter-Plaintiff Complete Oil Field Services, LLC and Counter-Defendant the Rosenblatt Law Firm, P.C. advise the Court that they have agreed to resolve all claims and controversies between them by a compromise settlement.

These parties will submit an appropriate notice or order dismissing Counter-Plaintiff's claims against this Counter-Defendant with prejudice by no later than November 5, 2018.

Because of this agreement between these parties, Counter-Defendant the Rosenblatt Law Firm, P.C's Motion to Dismiss with Prejudice Under Rule 12(b)(6) [D.E. 105] is moot.

Date:   October 18, 2018                Respectfully submitted,

                                                         JEFFERSON CANO
                                                         112 E. Pecan St., Suite 1650
                                                         San Antonio, Texas  78205
                                                         (210) 988-1811 Telephone & Telecopier
                                                         LJefferson@jeffersoncano.com
                                                         LBarkley@jeffersoncano.com

                                      By:   */s/Lamont A. Jefferson*
                                                       Lamont A. Jefferson
                                                       State Bar No. 10607800
                                                       Lisa S. Barkley
                                                       State Bar No. 17851450
                                     **ATTORNEYS FOR DEFENDANT/COUNTER-**
                                     **PLAINTIFF COMPLETE OIL FIELD**
                                      **SERVICES, LLC**

CLEMENS & SPENCER, P.C.
112 E. Pecan St., Suite 1300
San Antonio, Texas 78205-1531
(210) 227-7121 – Telephone
(210) 227-0732 – Telecopier
spencer@clemens-spencer.com


By:  _____/s/*George H. Spencer, Jr.*_____
George H. Spencer, Jr.
State Bar No. 18921001

**ATTORNEYS FOR DEFENDANT,
ROSENBLATT LAW FIRM, P.C.**


### CERTIFICATE OF SERVICE

I certify that on this 18th day of October, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system and served all counsel of record in accordance with the Federal Rules of Civil Procedure.


  _____/s/George H. Spencer, Jr._____
George H. Spencer, Jr.

2

220078/0002356-24851