IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| BATES ENERGY OIL & GAS, LLC | § | |
| | § | |
| v. | § | CIVIL ACTION SA:17-CV-00808-XR |
| | § | |
| COMPLETE OIL FIELD SERVICES, | § | |
| LLC AND SAM TAYLOR | § | |

## NOTICE OF VOLUNTARY DISMISSAL AS TO COUNTER-DEFENDANT ROSENBLATT LAW FIRM, P.C.

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i) and 41(a)(1)(B) Defendant/Counter-Plaintiff Complete Oil Field Services, LLC hereby gives notice that all claims and causes of action asserted by it in this action against Counter-Defendant Rosenblatt Law Firm, P.C. are voluntarily dismissed with prejudice.

Date:  November 5, 2018          Respectfully submitted,

JEFFERSON CANO
112 E. Pecan Street, Suite 1650
San Antonio, Texas  78205
(210) 988-1811 Telephone & Telecopier
LJefferson@jeffersoncano.com
LBarkley@jeffersoncano.com


By:   /s/Lamont A. Jefferson
         Lamont A. Jefferson
         State Bar No. 10607800
         Lisa S. Barkley
         State Bar No. 17851450

**ATTORNEYS FOR DEFENDANT/COUNTER-PLAINTIFF COMPLETE OIL FIELD SERVICES, LLC**

## CERTIFICATE OF SERVICE

I certify that on this 5th day of November, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system and served all counsel of record in accordance with the Federal Rules of Civil Procedure.

                                                */s/Lamont A. Jefferson*
                                                Lamont A. Jefferson

220104/0002356-24851