IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| BATES ENERGY OIL & GAS, LLC | § | |
| | § | |
| VS. | § | C.A. NO. 17-CV-00808-XR |
| | § | |
| COMPLETE OIL FIELD | § | |
| SERVICES, | § | |
| LLC and SAM TAYLOR | § | |

---

**COUNTER-DEFENDANT MARK B. SYLLA'S MOTION TO SUBSTITUTE COUNSEL**

---

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

This Motion for Substitution of Counsel is brought by Michael D. Schwartz, Movant. Movant requests the Court to substitute Michael D. Schwartz, Schwartz Law Firm, 600 Inwood Avenue North, Suite 130, Oakdale, Minnesota 55128, in place of Samuel Mills, who is currently attorney of record for Mark Sylla herein. Movant prays the Court grant the Motion for Substitution of Counsel.

Respectfully submitted,

Dated: March 8, 2019

**SCHWARTZ LAW FIRM**

 _/s/ Michael D. Schwartz_____
Michael D. Schwartz *Pro Hac Vice*
600 Inwood Avenue N.
Suite 130
Oakdale, MN 55128
(651) 528-6800
Mschwartz@mdspalaw.com

AGREED:

_/s/ Samuel Mills_____

Samuel A. Mills, State Bar No. 24013168
**MILLS FIRM PLLC**
6160 Warren Parkway, Suite 100
Frisco, TX 75034
(214) 505-5878
smills@millsfirmpllc.com

Attorney for Counter-Defendant Mark Sylla



_/s/ Mark B. Sylla_____

Counter-Defendant

# IN THE UNITED STATE DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **BATES ENERGY OIL & GAS, LLC** | § | |
| | § | |
| **VS.** | § | **C.A. NO. 17-CV-00808-XR** |
| | § | |
| **COMPLETE OIL FIELD** | § | |
| **SERVICES,** | § | |
| **LLC and SAM TAYLOR** | § | |

## ORDER ON MOTION FOR SUBSTITUTION OF COUNSEL

On this the _____ day of _____, 2019, the court considered the Motion for Substitution of Counsel of Michael D. Schwartz, and orders Michael D. Schwartz be substituted as attorney of record for Mark Sylla in place of Samuel Mills.

SIGNED this the _____ day of _____, 2019

_____
UNITED STATES DISTRICT JUDGE