FILED

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

MAY 0 2 2019

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                  DEPUTY CLERK

**Bates Energy Oil & Gas, LLC** et al
Plaintiff,

v.                                    Case No. SA17cv808-XR

**Complete Oil Field Services LLC** et al
Defendant.

## DEFAULT ENTRY BY CLERK

It appearing from the records in the above entitled action that summons, issued on the Counter Plaintiff's Complaint, has been served upon the counter defendant named below, and it further appearing from the affidavit of counsel for counter plaintiff that counter defendant has failed to plead or otherwise defend in said action, as directed in said summons and as provided in the Federal Rules of Civil Procedure:

NOW, therefore, on request of counsel for Counter Plaintiff, the default of the following named counter defendant is hereby entered:

**David Bravo, Lorena Silvistri Bravo and Tier 1 Sands, LLC**

JEANNETTE J. CLACK, CLERK
UNITED STATES DISTRICT COURT

By: _____
Amy Jackson, Deputy Clerk

DATED: May 2, 2019