IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| BATES ENERGY OIL & GAS, LLC, § <br> Plaintiff, § <br> § <br> v. § <br> § CIVIL ACTION: SA:17-CV-00808-XR <br> COMPLETE OIL FIELD SERVICES § <br> LLC AND SAM TAYLOR, § <br> Defendants. § | |

**ORDER GRANTING COUNTER-PLAINTIFF'S**
**MOTIION TO STRIKE PLEADINGS OR DEFENSES OF COUNTER-DEFENDANTS**
**BATES ENERGY, EQUITY LIAISON COMPANY, AND HOWARD RESOURCES**

Before the Court is Counter-Plaintiff Complete Oil Field Services, LLC's Motion to Strike #121 Pleadings or Defenses of Counter-Defendants Bates Energy, Equity Liaison Company, and Howard Resources. The Court finds merit in the Motion, and further finds the Motion should be granted.

**IT IS ORDERED** that Counter-Plaintiff Complete Oil Field Services, LLC's Motion to Strike Pleadings or Defenses of Counter-Defendants Bates Energy, Equity Liaison Company, and Howard Resources is **GRANTED,** and their pleadings and defenses are hereby stricken. (Docket #121)

Signed this 1st day of July, 2019.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE