IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| BATES ENERGY OIL & GAS, LLC § | |
| § | |
| v.  § | CIVIL ACTION: SA:17-CV-00808-XR |
| § | |
| COMPLETE OIL FIELD SERVICES, LLC AND § | |
| SAM TAYLOR § | |

**DEFENDANT/COUNTER-PLAINTIFF COMPLETE OIL FIELD SERVICE, LLC'S ADVISORY OF SERVICE**

On September 30, 2019, the Court granted Defendant/Counter-Plaintiff Complete Oil Field Service, LLC's ("COFS") request to serve Dewayne Naumann with COFS's Fourth Amended Counterclaim. (Dkt. No. 136 and related text order). Accordingly, on September 30, 2019, COFS's sent Mr. Naumann a letter by regular U.S. mail, and by certified mail, return receipt requested, attaching a service copy of the pleading to both letters.

Counsel for COFS did not receive the signed green card from the post office proving delivery of the package sent by certified mail to Mr. Naumann. This same event occurred in May 2019, when counsel for COFS attempted to serve Mr. Naumann and his company ELC with its Request for Entry of Default by certified mail (Dkt. No. 120). On both occasions, neither the green card nor the package was returned to COFS's counsel.

Both times counsel contacted the post office, which opened a "case." However, the post office could not explain for either occasion why neither the green card nor the package was returned to COFS, and it said it had neither in its own possession. It is unknown how Mr. Naumann has avoided formal acceptance of the packages at his office, if in fact he has accepted them, to the

Page 1

extent the acceptance includes his signature on the green card. (The package COFS sent by regular mail to Mr. Naumann on September 30, 2019 was not returned to COFS's counsel.)

For these reasons, COFS hired a process server on October 29, 2019, who immediately hand-delivered, and thus served, the Fourth Amended Counterclaim on Mr. Naumann at his office address on October 30, 2019. A copy of process server Jeff Keyton's affidavit is attached as Exhibit 1.

Dated: November 1, 2019

Respectfully submitted,

　　　*/s/ Lisa S. Barkley*　　　
Lamont A. Jefferson
State Bar No. 10607800
Lisa S. Barkley
State Bar No. 17851450
JEFFERSON CANO
112 East Pecan Street, Suite 1650
San Antonio, Texas  78205
(210) 988-1811 / Fax: (210) 988-1811
LJefferson@jeffersoncano.com
LBarkley@jeffersoncano.com

**ATTORNEYS FOR DEFENDANTS AND COUNTER-PLAINTIFF**

## CERTIFICATE OF SERVICE

I certify that on this 1st day of November, 2019, I electronically filed the foregoing instrument with the Clerk of the Court using the CM/ECF system, and served the following counsel of record in accordance with the Federal Rules of Civil Procedure:

Michael D. Schwartz
SCHWARTZ LAW FIRM
600 Inwood Avenue N.
Suite 130
Oakdale, MN  55128
Mschwartz@mdspalaw.com
***Counsel for Counter-Defendant
Mark B. Sylla***

Morris E. "Trey" White III
VILLA & WHITE LLP
1100 NW Loop 410, #802
San Antonio, TX  78213
treywhite@villawhite.com
***Counsel for Counter-Defendant
Tier 1 Sands, LLC***

Rob L. Wiley
STEWART & WILEY, PLLC
2202 Timberloch Place, Suite 110
The Woodlands, TX 77380
rwiley@fishmanjackson.com
***Counsel for David Bravo and
Lorena Silvistri Bravo***

The following parties were served with the foregoing instrument by U.S. mail, at their last known address:

Bates Energy Oil & Gas, LLC
3201 Cherry Ridge
Bldg. B, Ste. B210
San Antonio, Texas 78230

Equity Liaison Company
Dewayne Naumann
3303 Northland Drive
Suite 307
Austin, Texas 78721

Howard Resources, LLC
1308 CR 905A
Joshua, Texas 76058

                                                   ___/s/Lisa S. Barkley_____
                                                    Lisa S. Barkley