**FILED**

NOV 8 - 2019

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| BATES ENERGY OIL & GAS LLC, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 17-CV-00808-XR |
| | § | |
| COMPLETE OIL FIELD SERVICES LLC | § | |
| AND SAM TAYLOR | § | |

## RESPONSE TO SHOW CAUSE ORDER

Rob L. Wiley, Counsel for Defendants David Bravo, Lorena Silvestri Bravo, and Unlimited Frac Sand, LLC, d/b/a Frac Sand Unlimited ("FSU") responds to the Court's October 21, 2019, show cause order as follows:

Counsel prepared the attached Response for filing October 3, 2019. For whatever reason, the document apparently was not filed. This failure was totally inadvertent.

The October 3 Response addresses the matters raised in the Court's initial September 11, 2019, Order by discussing:

1. The status of my representation of David Bravo, Lorena Silvestri Bravo, and United Frac Sand.

2. The failure to file a response to the Fourth Amended Counterclaim.

3. The effect of a failure to respond.

The substance of counsel's response remains unchanged.