IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| BATES ENERGY OIL & GAS, LLC | § § | |
| v. | § § | CIVIL ACTION SA:17-CV-00808-XR |
| COMPLETE OIL FIELD SERVICES LLC AND SAM TAYLOR | § § § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Counter-Plaintiffs, COMPLETE OIL FIELD SERVICES, LLC and SAM TAYLOR ("COFS" or "Counter-Plaintiffs"), and Counter-Defendant MARK SYLLA ("Sylla") hereby jointly stipulate that all matters in dispute between them that arise out of the acts and omissions made the basis of this suit should be dismissed with prejudice, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  In entering into this stipulation, Sylla specifically denies any and all liability.  Each party is to bear his or its own attorney's fees and costs.

Page 1

Dated:  February 20, 2020

        Respectfully submitted,


        */s/ Lamont A. Jefferson*
        Lamont A. Jefferson
        State Bar No. 10607800
        Lisa S. Barkley
        State Bar No. 17851450
        JEFFERSON CANO
        112 East Pecan Street, Suite 1650
        San Antonio, Texas  78205
        (210) 988-1811 / Fax: (210) 988-1811
        LJefferson@jeffersoncano.com
        LBarkley@jeffersoncano.com

**ATTORNEYS FOR DEFENDANTS AND COUNTER-PLAINTIFFS**

And


        */s/Michael Schwartz*
        Michael D. Schwartz (pro hac vice)
        SCHWARTZ LAW FIRM
        600 Inwood Avenue N., Suite 130
        Oakdale, MN 55128
        Telephone: 651-528-6800
        Facsimile: 651-528-6450
        michael@mdspalaw.com
**ATTORNEYS FOR COUNTER-DEFENDANT MARK SYLLA**

## CERTIFICATE OF SERVICE

I certify that on this 20th day of February, 2020, I electronically filed the foregoing instrument with the Clerk of the Court using the CM/ECF system and served the following counsel of record in accordance with the Federal Rules of Civil Procedure:

Michael D. Schwartz
SCHWARTZ LAW FIRM
600 Inwood Avenue N.
Suite 130
Oakdale, MN  55128
Mschwartz@mdspalaw.com
*Counsel for Counter-Defendant*
*Mark B. Sylla*

Morris E. "Trey" White III
VILLA & WHITE LLP
1100 NW Loop 410, #802
San Antonio, TX  78213
treywhite@villawhite.com
*Counsel for Counter-Defendant*
*Tier 1 Sands, LLC*

Rob L. Wiley
STEWART & WILEY, PLLC
2202 Timberloch Place, Suite 110
The Woodlands, TX 77380
rwiley@stewartwiley.com
*Counsel for Counter-Defendants David Bravo,*
*Lorena Silvistri Bravo and Unlimited Frac*
*Sand, LLC d/b/a Frac Sand Unlimited*

The following parties are not represented by legal counsel, and were served with the foregoing instrument by email in accordance with the Federal Rules of Civil Procedure:

Bates Energy Oil & Gas, LLC
3201 Cherry Ridge
Bldg. B, Ste. B210
San Antonio, Texas 78230
sbates@tssoil.com

Equity Liaison Company
Dewayne Naumann
3303 Northland Drive
Suite 307
Austin, Texas 78721
dnaumann@equityliaison.com


Howard Resources, LLC
1308 CR 905A
Joshua, Texas 76058
austin@howardresoursesllc.com


                                                  */s/Lisa S. Barkley*
                                                  Lisa S. Barkley