**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **BATES ENERGY OIL & GAS, LLC** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION SA:17-CV-00808-XR** |
| | § | |
| **COMPLETE OIL FIELD SERVICES** | § | |
| **LLC AND SAM TAYLOR** | § | |

---

**COUNTER-PLAINTIFF COMPLETE OIL FIELD SERVICES LLC'S
ADVISORY TO THE COURT RE-URGING PREVIOUS MOTION FOR DEFAULT
AGAINST FSU**

---

1.      On May 2, 2019, Counter-Plaintiff Complete Oil Field Services, LLC ("COFS") moved for an entry of default against Counter-Defendant Unlimited Frac Sand, LLC d/b/a Frac Sand Unlimited ("FSU") pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.  *See* Dkt. No. 120.

2.      FSU was one of four Counter-Defendants against whom COFS sought entry of a default.  The others were Tier 1 Sands, LLC, David Bravo, and Lorena Silvistri Bravo.  *Id.*

3.      That same day, May 2, 2019, the Clerk entered a default against all of the Counter-Defendants against whom default was sought *except for FSU*.  *See* Dkt. No. 122.

4.      There was no explanation or order why a default was not entered against FSU.  FSU had the same factual and procedural background as David Bravo and Lorena Silvistri Bravo.  FSU is David Bravo's company.

5.      Since May 2019, FSU has still not answered COFS's Fourth Amended Counterclaim, which was the basis for COFS's request for entry of a default against FSU and the other Counter-Defendants who were defaulted on May 2, 2019.  *See* Dkt. No. 120.

6.     The Fifth Circuit has held that "[a] default occurs when a defendant has failed to plead or otherwise respond to the complaint within the time required by the Federal Rules." *New York Life Ins. Co. v. Brown*, 84 F.3d 137, 141 (5th Cir. 1996) (citation omitted).

7.     COFS incorporates by reference its May 2, 2019 request for entry of default against FSU.  To the extent that the Court and Clerk find it appropriate, COFS respectfully renews its motion and request that the Clerk enter default against FSU in accordance with Fed. R. Civ. P. 55(a).


Dated:  February 26, 2020


Respectfully submitted,

_____*/s/ Lamont A. Jefferson*_____
Lamont A. Jefferson
State Bar No. 10607800
Lisa S. Barkley
State Bar No. 17851450
JEFFERSON CANO
112 East Pecan Street, Suite 1650
San Antonio, Texas  78205
(210) 988-1811 / Fax: (210) 988-1811
LJefferson@jeffersoncano.com
LBarkley@jeffersoncano.com
**ATTORNEYS FOR DEFENDANTS
AND COUNTER-PLAINTIFF**

## CERTIFICATE OF SERVICE

I certify that on this 26th day of February, 2020, I electronically filed the foregoing instrument with the Clerk of the Court using the CM/ECF system and served the following counsel of record in accordance with the Federal Rules of Civil Procedure:

Michael D. Schwartz
SCHWARTZ LAW FIRM
600 Inwood Avenue N.
Suite 130
Oakdale, MN  55128
Mschwartz@mdspalaw.com
***Counsel for Counter-Defendant***
***Mark B. Sylla***

Morris E. "Trey" White III
VILLA & WHITE LLP
1100 NW Loop 410, #802
San Antonio, TX  78213
treywhite@villawhite.com
***Counsel for Counter-Defendant***
***Tier 1 Sands, LLC***

Rob L. Wiley
STEWART & WILEY, PLLC
2202 Timberloch Place, Suite 110
The Woodlands, TX 77380
rwiley@stewartwiley.com
***Counsel for David Bravo, Lorena***
***Silvistri Bravo and Unlimited Frac***
***Sand, LLC d/b/a Frac Sand Unlimited***

The following parties are not represented by legal counsel, and were served with the foregoing instrument by email in accordance with the Federal Rules of Civil Procedure:

Bates Energy Oil & Gas, LLC
3201 Cherry Ridge
Bldg. B, Ste. B210
San Antonio, Texas 78230
sbates@tssoil.com

Equity Liaison Company
Dewayne Naumann
3303 Northland Drive
Suite 307
Austin, Texas 78721
dnaumann@equityliaison.com

Howard Resources, LLC
1308 CR 905A
Joshua, Texas 76058
austin@howardresourcesllc.com

*/s/Lisa S. Barkley*
Lisa S. Barkley