# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| Bates Energy Oil & Gas, LLC | § | |
| | § | CIVIL NO: |
| vs. | § | SA:17-CV-00808-RCL |
| | § | |
| Complete Oil Field Services LLC, Sam | § | |

Taylor, Complete Oil Field Services LLC,
Equity Liaison Company, Dewayne D.
Naumann, Complete Oil Field Services LLC,
Sam Taylor, Equity Liaison Company, Bates
Energy Oil & Gas, LLC, Equity Liaison
Company, Dewayne D Naumann, Complete
Oil Field Services LLC, Stanley P. Bates,
Unlimited Frac Sand, David Bravo, Lorena
Silvistri Bravo, Mark B. Sylla, Howard
Resources, LLC, Tier 1 Sands, LLC,
Rosenblatt Law Firm, PC, Equity Liaison
Company, Bates Energy Oil & Gas, LLC

## <u>LIST OF WITNESSES</u>

| FOR PLAINTIFF | FOR DEFENDANT |
|---|---|
| 1.   Janis Klein | 1.   David Bravo |
| 2.   Sam Taylor | 2. |
| 3.   Perry Taylor | 3. |
| 4. | 4. |
| 5. | 5. |
| 6. | 6. |
| 7. | 7. |
| 8. | 8. |
| 9. | 9. |
| 10. | 10. |
| 11. | 11. |
| 12. | 12. |

13. _____     13. _____

14. _____     14. _____

15. _____     15. _____