IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| **BATES ENERGY OIL & GAS, LLC,** *et al.* § | |
| § | |
| *Plaintiffs,* § | |
| § | |
| v. § | Case No. 5:17-cv-808 (RCL) |
| § | |
| **COMPLETE OIL FIELD SERVICES,** § | |
| **LLC,** *et al.,* § | |
| § | |
| *Defendants.* § | |

## NOTICE OF APPEAL BY UNLIMITED FRAC SAND LLC d/b/a FRAC SAND UNLIMITED, DAVID BRAVO AND LORENO SILVISTRI BRAVO d/b/a BRAVO CONSULTING SERVICES

Notice is hereby given that UNLIMITED FRAC SAND LLC d/b/a FRAC SAND UNLIMITED, DAVID BRAVO and LORENO SILVISTRI BRAVO d/b/a BRAVO CONSULTING SERVICES, denominated as Counter-defendants in the above numbered and styled case, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Final Judgment entered in this action on August 11, 2020. This notice is timely pursuant to Rule 4(a)(4)(A)(v) of the Federal Rules of Appellate Procedure.

Dated: November 13, 2020　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　*/s/ Rob L. Wiley*_____
　　　　　　　　　　　　　　　　　　　　　Rob L. Wiley
　　　　　　　　　　　　　　　　　　　　　Texas Bar No. 21471650
　　　　　　　　　　　　　　　　　　　　　Stewart & Wiley, PLLC
　　　　　　　　　　　　　　　　　　　　　2202 Timberloch Place, Suite 110
　　　　　　　　　　　　　　　　　　　　　The Woodlands, TX 77380
　　　　　　　　　　　　　　　　　　　　　Telephone: (281) 367=8007
　　　　　　　　　　　　　　　　　　　　　Facsimile:  (281) 363-4987
　　　　　　　　　　　　　　　　　　　　　E-mail: rwiley@stewartwiley.com

>Kirte M. Kinser
>Texas Bar No. 11489650
>Law Office of Kirte M. Kinser
>11907 Salisbury Drive
>Frisco, TX 75035
>Telephone: *214) 498-8548
>E-mail: kirte.kinser@gmail.com
>
>ATTORNEYS FOR APPELLANTS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing instrument was served electronically through the CM/ECF system on November 13, 2020, upon all counsel of record.

>_____/s/ Kirte M. Kinser_____
>Kirte M. Kinser