**United States Court of Appeals**
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

FILED
JUL 26 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

July 26, 2021

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 20-50952   Complete Oil Field Srv v. Unltd Frac Sand
               USDC No. 5:17-CV-808-RCL

The court has granted the motion to file record excerpts out of time in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Casey A. Sullivan, Deputy Clerk
504-310-7642

Ms. Lisa Schumacher Barkley
Ms. Jeannette Clack
Mr. Lamont A. Jefferson
Mr. Rob Lamont Wiley